**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **v.**             *Plaintiff* | * | **Case No.: 13-4269** |
| | * | |
| | * | |
| | * | |
| **JAMAL HOLDER,** | * | |
| | * | |
| *Defendant* | * | |

<u>**MOTION TO EXTEND TIME**</u>

Appellant Jamal Holder, by and through his attorney, Marc G. Hall, hereby respectfully requests this Honorable Court to extend time to file the Appellant's Brief in the above captioned matter, for reasons, therefore, states as follows:

1. Counsel, after a through review of the record, is of the opinion that an *Anders* brief should be filed in this matter.

2. The appellant, Jamal Holder, was only recently assigned and arrived at his BOP designation, USP Hazelton.  Prior to last week Mr. Holder was listed as "in transit" on the BOP website.

3. Counsel would like the opportunity to send Mr. Holder a letter explaining the meaning of an Anders brief as well as a copy of Mr. Holder plea and sentencing transcript to ascertain if the appellant has and cognizable issues he would like counsel to consider before filing a brief in this matter.

5. The assigned Assistant United States Attorney, William Moomau has no objection to this request.

WHEREFORE the foregoing reasons, Defendant respectfully requests an Extension of Time to file Appellant's Brief in this matter to September 12, 2013.

Respectfully submitted,

Law Office of Marc G. Hall, P.C.

By: _____/S/_____
Marc G. Hall, Esq
200 A Monroe Street, Suite 310
Rockville, Maryland 20850
301 309-6678
Attorney for Appellant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 12th day of August, 2013, a copy of the foregoing **Motion to Extend Time** was sent via ecf to: William Moomau, Esq., Assistant United States Attorney, United States Attorneys Office, Greenbelt, MD 20770.

_____/S/_____
Marc G. Hall

2

Attorney for Appellant